

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2014

No. 04-13-00887-CV

Aurora A. **RODRIGUEZ**, Israel Rodriguez, Edelmiro Romeo Alvarez, Silverio Simon Alvarez, Anita Irma Guerra, Emilio Roman Alvarez, Adrian Alvarez, Teodoro Alvarez, Jr., and Primitivo Alvarez,
Appellants

v.

Ventura **HERNANDEZ**,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-11-423
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

Because the reporter's record filed in this appeal did not contain any exhibits, we informally requested the court reporter to supplement the record with the exhibits. On November 3, 2014, the court reporter electronically filed a supplemental reporter's record containing the exhibits; however, the copies of most of the exhibits are not visible. It is therefore ORDERED that the trial court clerk file the original exhibits in this appeal no later than ten days from the date of this order. *See* TEX. R. APP. P. 34.6(g).

**PER CURIAM**

ATTESTED TO:_____
Keith E. Hottle, Clerk of Court